**No. 62233.**—Applicator Enterprises, Inc. *v.* United States, protest 325283–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.